ORIGINAL

LODGED

1   Michael J. Farrell, CA SBN 266553
    U.S. EQUAL EMPLOYMENT OPPORTUNITY
2   COMMISSION, Los Angeles District Office
    255 East Temple Street, Fourth Floor
3   Los Angeles, CA 90012
    Telephone: (213) 894-101068
4   Facsimile: (213) 894-1301
    E-Mail:    michael.farrell@eeoc.gov
5
6   Mary Jo O'Neill, AZ SBN 005924
    Andrea G. Baran, MO SBN 46520
7   Hillary K. Valderrama, TX SBN 24075201
8   EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION, Phoenix District Office
9   3300 N. Central Ave., Suite 690
10  Phoenix, Arizona 85012
    Telephone: (602) 640-5049
11  Fax: (602) 640-5009
12  E-Mail:    mary.oneill@eeoc.gov
13             andrea.baran@eeoc.gov
               hillary.valderrama@eeoc.gov

14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17                                      CV12-4783 -PSG
                                                     (FMO)
18  U.S. EQUAL EMPLOYMENT          ) Case No.
19  OPPORTUNITY COMMISSION,        )
20                    Petitioner,  ) (Proposed) ORDER TO SHOW CAUSE
                                   ) AND REFERRAL TO MAGISTRATE
21                                 ) JUDGE
22       vs.                       )
23  CCC STEEL, INC,                ) On EEOC's Petition to Enforce
                                   ) Administrative Subpoena Duces Tecum
24                    Respondent.  ) (42 U.S.C. § 2000e-9)
25  ─────────────────────────────

26

27       Petitioner, Equal Employment Opportunity Commission ("EEOC"), has

28  applied to this Court for an Order requiring Respondent, CCC Steel, Inc., to

FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

produce the records, papers, and documents set forth in the subpoena issued by the

District Director of the Phoenix District Office of the EEOC and duly served upon

the Respondent.  Upon review and consideration of the matters set forth in the

Petitioner's pleadings herein, it is hereby:

ORDERED that Respondent appear and SHOW CAUSE, if there is any

cause, why the Respondent should not be ordered by this Court to comply with the

subpoena issued to the Respondent by the District Director of the Phoenix District

Office of the EEOC; and it is further

ORDERED that Respondent serve and file with the Clerk of this Court, no

later than _13th_ day of _July_____, 2012, a response to the Petition,

specifically admitting or denying each allegation of the Petition, and setting forth

the cause, if any cause exists, why the Petition should not be granted; and it is

further

ORDERED that Respondent appear on the _30th_ day of _July_____,

2012, at _2:30 p.m_ in Courtroom _880_, United States Courthouse,

_255 East Temple Street, Los Angeles, CA_

<Address>, and show cause why it should not be compelled to comply with the

subpoena issued to it; it is further

ORDERED that the Respondent be served with a copy of this Order to Show

Cause on or before the _22nd_ day of ___June___, 2012; and it is further

1    ORDERED that the Respondent file and serve its answer to the Application

2  no later than the *13th* day of *July*         , 2012.

3

4

5  Dated: *6/1/12*

6                                    UNITED STATES DISTRICT JUDGE